UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVAN MOUNIER,

    Petitioner,

v.                                  CASE NO. 6:09-cv-2042-Orl-JA-GJK
                                       (6:07-cr-107-Orl-28GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on the following motion:

    **MOTION:**    Petitioner's Motion for Reconsideration Pursuant to Rule 59(e) (Doc. No. 13, filed December 19, 2011).

Thereon it is **ORDERED** that the motion is **DENIED**. Petitioner has failed to demonstrate sufficient grounds warranting the relief requested.

**DONE AND ORDERED** in Orlando, Florida, this 21 day of December, 2011.

                                    JOHN ANTOON II
                                    UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-1 12/21
Evan Mounier
Counsel of Record