UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVAN MOUNIER,

       Petitioner,

v.

                                  CASE NO. 6:09-cv-2042-Orl-JA-GJK
                                  (6:07-cr-107-Orl-28GJK)

UNITED STATES OF AMERICA,

       Respondent.

_____

### ORDER

This case is before the Court on the following motion:

    **MOTION:**   Petitioner's Motion for Reconsideration
                     Pursuant to Rule 59(e) (Doc. No. 13, filed
                     December 19, 2011).

Thereon it is **ORDERED** that the motion is **DENIED**. Petitioner has failed to

demonstrate sufficient grounds warranting the relief requested.

    **DONE AND ORDERED** in Orlando, Florida, this ẕ₁ day of December, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-1 12/21
Evan Mounier
Counsel of Record